Case 3:11-cv-02215-AKK   Document 21   Filed 06/28/12   Page 1 of 1

FILED
2012 Jun-28 PM 03:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| **SUSANNA BURKETT,** | )  |
| Plaintiff, | ) Civil Action Number |
| **vs.** | ) **3:11-cv-2215-AKK** |
| **THE LE MYERS CO., et al.,** | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The court, having been informed that the above styled case has been amicably settled, **ORDERS** that this case is **DISMISSED without prejudice**. The court shall retain jurisdiction over the parties until July 30, 2012, for the purpose of enforcing the parties' settlement agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal to the court by July 30, 2012.  Otherwise, after that date, this action will be deemed dismissed with prejudice.

**DONE** the 28th day of June, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE