# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWEST DIVISION

| | |
|---|---|
| SUSANNA BURKETT, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:11-cv-2215-AKK |
| THE L.E. MYERS CO., MYR GROUP INC., WILLIAM L. "MIKE" JOHNSON, JR., and LYLE WHITEHEAD, | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

The parties, by and through their counsel of record, acting with full, complete and express authority, jointly stipulate to the dismissal of all claims asserted or that could have been asserted in the above-styled cause, WITH PREJUDICE, with each party to bear their own costs.

_/s/ Douglas B. Hargett_
Douglas B. Hargett
HALL, TANNER & HARGETT, PC
201 N. Water Street
Tuscumbia, AL 35674
T: 256/381-7750  F: 256/381-4449
Email: dhargett@halltanner.com
**Counsel for Plaintiff**

/s/ Lee H. Copeland

Lee H. Copeland (ASB-3461-O72L)
Copeland, Franco, Screws & Gill, P.A.
444 S. Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347
T: 334/834-1180 F: 334/834-3172
Email: copeland@copelandfranco.com

Danielle S. Urban
Fisher & Phillips LLP
1999 Broadway, Suite 3300
Denver, CO 80202
T: 303/218-3654
Email: durban@laborlawyers.com

**Counsel for Defendants**