FILED
2012 Jul-27 AM 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **SUSANNA BURKETT,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Number |
| **vs.** | ) | **3:11-cv-2215-AKK** |
| | ) | |
| **THE LE MYERS CO., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Consistent with the Parties' Joint Stipulation of Dismissal, doc. 22, it is

**ORDERED** that this action is **DISMISSED with prejudice**. Each party bears its own costs.

**DONE** the 27th day of July, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE